NICOLAUS BENTE, as Administrator of WILHELMINA BENTE, Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Bente* v. *Metropolitan Street Ry. Co.*, 90 App. Div. 213, affirmed.
(Argued December 5, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Abram I. Elkus, James C. McEachen* and *Carlisle J. Gleason* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: GRAY, J.

---

In the Matter of the Application of JAMES J. KEHOE, Respondent, to Review the Determination of the BOARD OF ELECTIONS OF THE CITY OF NEW YORK.

HARRY A. HANBURY, Appellant.

*Matter of Kehoe*, 97 App. Div. 637, appeal dismissed.
(Argued December 6, 1904; decided December 30, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 27, 1904, which affirmed an order of Special Term vacating and setting aside a determination of the board of elections of the city of New York refusing to receive and file petitioner's certificate of nomination as candidate of the Democratic party for the office of state senator for the fifth senatorial district, and directing said board to receive and file said certificate.